GEORGE CISLER, Respondent, v. PEYTON S. KIRK, Appellant.— Action to recover damages for personal injuries and property damage resulting from the collision of two automobiles. Judgment for the plaintiff in the sum of seventy-

five dollars for property damage, reversed on the law and the facts and a new trial granted, with costs to the appellant to abide the event. This case was tried together with the case of *Kirk* v. *Cisler*, decided herewith [*post*, p. 733]. The prejudicial error necessitating a reversal in that case applies equally to this case. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.